**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **JESHER FLORES,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:19-cv-163** |
| | § | |
| **AMERICAN FAMILY LIFE ASSURANCE** | § | |
| **COMPANY OF COLUMBUS d/b/a** | § | |
| **AFLAC and MARIA RUIZ** | § | |
| **Defendants.** | § | |

**DEFENDANT AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS**
**D/B/A AFLAC'S NOTICE OF REMOVAL**

Defendant American Family Life Assurance Company of Columbus d/b/a Aflac ("Aflac")

files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446.  In support thereof,

Aflac states the following:

**I.**
**BACKGROUND FACTS**

1.      On October 30, 2019, Plaintiff Jesher Flores ("Plaintiff") filed his Original Petition

in Cause No. 2019CVI002151D4, *Jesher Flores v. American Family Life Assurance Company of*

*Columbus d/b/a Aflac and Maria Ruiz*, in the 406th Judicial District, Webb County, Texas (the

"State Court Action").

2.      The citation for the State Court Action was served on Defendant Maria Ruiz

("Ruiz") on November 5, 2019.  Aflac was served on November 6, 2019.

3.      This Notice of Removal is filed within the 30-day period required by 28 U.S.C. §

1446(b).  The State Court Action has been pending in state court for less than one year.  28 U.S.C.

§ 1446(c).

## II.
## BASIS FOR REMOVAL

4.      Complete diversity exists between Plaintiff and Aflac now and so existed on the date of filing of the State Court Action.

5.      Plaintiff is a citizen of the State of Texas.

6.      Aflac is an insurance company incorporated in the State of Nebraska with its principal place of business in the State of Georgia.

7.      As discussed below, Ruiz has been improperly joined to defeat diversity.  Ruiz is a citizen of the State of Texas.  However, there is no possibility that Plaintiff will be able to establish a cause of action against Ruiz in state court.

8.      Plaintiff alleges in his Original Petition that he seeks monetary relief in excess of $200,000.00 but not more than $1,000,000.00.  Furthermore, the value of the life insurance policy in dispute is $100,000.  Accordingly, the amount in controversy exceeds $75,000.00.  Therefore, all requirements are met for removal under 28 U.S.C. §§ 1332, 1441(b), and 1446.

## III.
## PLAINTIFF IMPROPERLY JOINED RUIZ TO DEFEAT DIVERSITY

9.      Ruiz's citizenship should be disregarded in determining whether complete diversity exists because she has been improperly joined.  If a non-diverse defendant is improperly joined, the citizenship of that party is disregarded in determining the court's subject matter jurisdiction, and therefore cannot destroy complete diversity.  *Smallwood v. Ill. Cent. R.R. Co.*, 385 F.3d 568, 573 (5th Cir. 2004) (en banc).

10.     "A defendant is improperly joined if the moving party establishes that (1) the plaintiff has stated a claim against a diverse defendant that he fraudulently alleges is nondiverse, or (2) the plaintiff has not stated a claim against a defendant that he properly alleges is nondiverse."

*Int'l Energy Ventures Mgmt., L.L.C. v. United Energy Grp., Ltd.*, 818 F.3d 193, 199 (5th Cir. 2016). With regards to the failure to state a claim against a non-diverse defendant, the test for improper joinder is whether the defendant has demonstrated that there is no possibility of recovery by the plaintiff against an in-state defendant, which means "that there is no reasonable basis for the district court to predict that the plaintiff might be able to recover against an in-state defendant." *Id.* at 200. Whether a plaintiff has stated a valid claim against a non-diverse defendant, in the context of improper joinder, is subject to a Rule 12(b)(6)-type analysis. *Id.*

11.     When conducting a Rule 12(b)(6)-type analysis, the federal pleading standard must be applied to test the sufficiency of a plaintiff's state law claims. *Id.* To pass muster under Rule 12(b)(6), a complaint must contain "enough facts to state a claim to relief that is plausible on its face." *Reece v. U.S. Bank Nat'l Ass'n*, 762 F.3d 422, 424 (5th Cir. 2014) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "A claim has facial plausibility when the pleaded factual content allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Montoya v. FedEx Ground Package System, Inc.*, 614 F.3d 145, 148 (5th Cir. 2010) (quoting *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)). The plausibility standard is not akin to a "probability requirement," but asks for more than a "possibility that a defendant has acted unlawfully." *Twombly*, 550 U.S. at 556. "[A] plaintiff's obligation to provide the 'grounds' of his 'entitle[ment] to relief' requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do…" *Id.* at 555. "[W]hether the plaintiff has stated a valid state law cause of action depends upon and is tied to the factual fit between [the plaintiff's] allegations and the pleaded theory of recovery." *Griggs v. State Farm Lloyd's*, 181 F.3d 694, 701 (5th Cir. 1999).

12.     Courts in the Fifth Circuit, including this Court, have repeatedly rejected attempts to improperly join non-diverse insurance agents in lawsuits involving the denial of insurance claims, solely by virtue of the relationship between the agent and insurer.  *See id.* at 702 (finding that plaintiff's claims against insurance agent under the Texas Insurance Code and the Texas Deceptive Trade Practices Act (the "DTPA") "fail because there is no conceivable basis in law or fact upon which [the agent's] non-specific statements can be construed as actionable representations that caused the injury alleged by [plaintiff]."); *Dean v. State Farm Lloyds*, No. 5:16-CV-1321-DAE, 2017 U.S. Dist. LEXIS 214337, at *23-24 (W.D. Tex. June 23, 2017) (finding improper joinder of insurance agent where "[t]he complaint does not contain particularized facts or specific allegations about [the agent's] conduct" and noting that claims alleging violations of the Texas Insurance Code and DTPA are subject to Rule 9(b)'s heightened federal pleading requirements because they are claims predicated on misrepresentations and fraud); *Young v. Travelers Pers. Sec. Ins. Co.*, No. 4:16-CV-235, U.S. Dist. LEXIS 105397, at *12-13 (S.D. Tex. Aug., 10, 2016) (finding improper joinder of an insurance adjuster where plaintiff alleged no specific misrepresentation by the adjuster and failed to distinguish the acts of the adjuster from the acts of the insurer); *Gardezi v. Nationwide Prop. & Cas. Ins. Co.*, No. 4:15-CV-01663, 2016 U.S. Dist. LEXIS 107649, at *6 (S.D. Tex. Jan. 7, 2016) (concluding plaintiffs failed to state a cause of action against adjuster because the adjuster's actions were "indistinguishable from the acts of [the insurer] and hence are insufficient to support a claim against the adjuster."); *Dalton v. State Farm Lloyd's, Inc.*, No. H-12-3004, 2013 U.S. Dist. LEXIS 86490, at *23-24 (S.D. Tex. June 19, 2013) (finding improper joinder of adjuster where plaintiff's live pleading at the time of removal "conclusorily track[ed] the statutory language" of the Texas Insurance Code and DTPA, failed to identify "specific facts regarding [the agent's] actions," and

the claims against the adjuster were identical to those against the insurer); *Alvarez v. Liberty Mut. Fire Ins. Co.*, No. H-10-1292, 2011 U.S. Dist. LEXIS 29865, at *7 (S.D. Tex. Mar. 22, 2011) (finding improper joinder of adjuster where plaintiff failed to allege any particular instance when the adjuster subjected herself to liability separate and apart from the insurer); *Lakewood Chiropractic Clinic v. Travelers Lloyds Ins. Co.*, No. H-09-1728, 2009 U.S. Dist. LEXIS 99854, at *9 (S.D. Tex. Oct. 27, 2009) (denying motion to remand because underlying petition alleged "a near verbatim recitation of portions of Chapters 541 and 542 of the Texas Insurance Code" without any "facts illustrating what actions are attributable to the insurance adjuster individually); *Broadway v. Brewer*, No. 4:08CV475, 2009 U.S. Dist. LEXIS 43358, at *7-8 (E.D. Tex. May 20, 2009) (denying motion to remand because plaintiff's petition merely alleged that defendants made misrepresentations in violation of the DTPA and the Texas Insurance Code without identifying "a single statement or specific misrepresentation made by [the defendants]"); *First Baptist Church v. GuideOne Mut. Ins. Co.*, No. 1:07-CV-988, 2008 U.S. Dist. LEXIS 75961, at *21 (E.D. Sep. 29, 2008) (denying motion to remand because underlying petition "failed to state specific factual averments identifying *how* [adjuster] violated the law in a manner giving rise to the asserted claims.") (emphasis in original).

13.     Plaintiff has not pled a valid state law cause of action against Ruiz.  Rather, in his Original Petition, Plaintiff alleges standard boilerplate violations of the Texas Insurance Code and the DTPA against Ruiz.  Plaintiff has not pled any factual allegations regarding Ruiz that form the basis of any cause of action against her individually as opposed to Aflac.  In fact, every allegation that Plaintiff pled against Ruiz was also pled against Aflac.  Plaintiff has failed to identify a single statement or specific misrepresentation allegedly made by Ruiz.  Further, the only section of the Texas Insurance Code that Plaintiff alleges Ruiz violated is Section 541.002(2).   Yet, Section

541.002(2) simply provides the statute's definition of the word "person" and does not impose any liability on Ruiz.

14.     For these reasons, there is no reasonable basis for predicting that Texas law will impose liability on Ruiz or that Plaintiff can establish a cause of action against Ruiz.  Therefore, Plaintiff improperly joined Defendant Ruiz for the sole purpose of defeating this Court's diversity jurisdiction.

## IV.
## PROCEDURAL REQUIREMENTS

15.     This action may be removed to this Court by Aflac pursuant to the provisions of 28 U.S.C. §§ 1332(a) and 1441(a) because it is a civil action between citizens of different states; the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs; and Aflac is not a citizen of the State of Texas.

16.     Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal will be given to all adverse parties promptly after the filing of this Notice of Removal.  Ruiz is not required to join in or consent to the removal of this action because she has been improperly joined.  *See* 28 U.S.C. § 1446(b)(2)(A) (requiring only properly joined defendants to join in or consent to removal); *Jernigan v. Ashland Oil*, 989 F. 2d 812, 815 (5th Cir. 1993) ("In cases involving alleged improper or fraudulent joinder of parties, [requiring the written consent of] improperly or fraudulently joined parties would be nonsensical, as removal in those cases is based on the contention that no other proper defendant exists.").  Alternatively, and without waiving the foregoing, Ruiz joins in and consents to the removal of this action.

17.     Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal will be filed with the clerk of the 406th Judicial District Court of Webb County, Texas, promptly after the filing of this Notice of Removal.

18.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, the following documents are attached hereto and incorporated herein:

Exhibit A:     A true and correct copy of all pleadings asserting causes of action, answers to such pleadings, executed process, and orders from the State Court Action;

Exhibit B:     The docket sheet from the State Court Action;

Exhibit C:     An index of matters being filed; and

Exhibit D:     A list of all counsel of record, including addresses, telephone numbers, and parties represented.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Aflac requests that this action be removed from the 406th Judicial District Court of Webb County, Texas, to the United States District Court for the Southern District of Texas, Laredo Division, and that this Court enter such further orders as may be necessary and appropriate.  Aflac further prays that Plaintiff take nothing by this suit, that Aflac recover its costs of court from Plaintiff, and that Aflac be awarded all other relief to which it is entitled, at law or in equity.

656247.3
81382.00004

Respectfully submitted,

/s/ Christopher A. Wright
Christopher A. Wright
Attorney-In-Charge
State Bar No. 24082114
Southern District of Texas Bar No. 3421903
cwright@rpsalaw.com
Steven K. Lecholop II
State Bar No. 24070119
Southern District of Texas Bar No. 1104713
slecholop@rpsalaw.com
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP
755 E. Mulberry Ave., Suite 200
San Antonio, Texas 78212
Telephone: (210) 225-5000
Facsimile: (210) 354-4034

**ATTORNEYS FOR DEFENDANT
AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF
COLUMBUS D/B/A AFLAC**

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing document was served on December 4, 2019, by facsimile, first class mail and CM/ECF as follows:

August Toudouze
TOUDOUZE LAW
19210 Huebner Road, Suite 101
San Antonio, Texas 78258
Facsimile: (210) 499-4955
atsalaw@aol.com
mariec5000@yahoo.com

Kent M. Adams
Tracy Freeman
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
Facsimile: (713) 785-7780
kent.adams@wilsonelser.com
tracy.freeman@wilsonelser.com

/s/ Christopher A. Wright
Christopher A. Wright

# EXHIBIT A

Filed
10/30/2019 1:34 PM
Esther Degollado
District Clerk
Webb District
Esmeralda Alvarado
2019CVI002151D4

CAUSE NO. _____

| | | |
|---|---|---|
| JESHER FLORES, | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| VS. | § | _____ JUDICIAL DISTRICT |
| | § | |
| AMERICAN FAMILY LIFE ASSURANCE | § | |
| COMPANY OF COLUMBUS d/b/a | § | |
| AFLAC and MARIA RUIZ, | § | |
| Defendants | § | WEBB COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION
## AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **JESHER FLORES**, Plaintiff in the above-entitled and numbered cause, by and through his undersigned counsel of record, complaining of **AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS d/b/a AFLAC** and **MARIA RUIZ**, Defendants, and for cause of action would respectfully show unto the Court and Jury as follows:

I.

All acts and/or omissions by Defendants, or each of them, as alleged herein, occurred in Laredo, Webb County, Texas. At this time, this action is filed as a Level III case for discovery purposes pursuant to the Texas Rules of Civil Procedure.

II.

Plaintiff is an individual who resided in Laredo, Webb County, Texas, at the time the instant cause of action accrued.

Defendant, **AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS d/b/a AFLAC** is a foreign corporation authorized to transact, and transacting business in the State of Texas and may be served with citation by serving its registered agent for

service of process in Texas:

**Corporation Service Company**
**211 East 7th Street, Suite 620**
**Austin, Texas 78701**

Defendant, **MARIA RUIZ** is an individual who resided in Laredo, Webb County, Texas,

at the time the instant cause of action accrued and may be served with process at

the following work address:

**Maria Ruiz**
**J&M Insurance Benefits**
**1407 Calle Del Norte**
**Laredo, Texas 78041**

III.

Plaintiff's mother, Ms. Elva Flores died in Laredo, Texas on August 31, 2018.  Ms.

Flores had maintained and renewed a 10-year term life insurance policy issued by Defendant,

**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS d/b/a AFLAC**

(policy number PG540818) and marketed and sold by said Defendant's agent, Defendant,

**MARIA RUIZ** in Laredo, Webb County, Texas, under the terms and provisions Plaintiff was a

named primary beneficiary and insured.

Plaintiff has previously submitted written notice of a claim, and provided documentation

supporting his claims and proving that the subject death occurred while the referenced policy was

in effect, but Defendant, **AMERICAN FAMILY LIFE ASSURANCE COMPANY OF**

**COLUMBUS d/b/a AFLAC** has failed and refused to timely pay the benefits due pursuant to

terms and provisions of the policy, thereby breaching the contract.   Further, Plaintiff has

complied with all policy conditions and precedents affecting presentment of this claim and is a

"person" who has suffered an injury during his course of dealing with the Defendant insurance

company practicing the business of insurance.

### IV.

Plaintiff brings this action over and against Defendant, **AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS d/b/a AFLAC** pursuant to the Uniform Declaratory Judgments Act, Chapter 37 of the Texas Civil Practice and Remedies Code, seeking a declaration of the rights, duties and obligations of the parties and beneficiaries to this insurance contract, and for attorney's fees incurred in the prosecution of said action.

### V.

Plaintiff would show that, in the handling of this life insurance claim, Defendant, **AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS d/b/a AFLAC** has violated Texas Insurance Code, Section 541.060, in the following particulars, to wit:

1. By knowingly misrepresenting to a claimant a material fact or policy provision relating to coverage at issue;

2. By knowingly failing to attempt in good faith to effectuate a prompt, fair and equitable settlement of a claim with respect to which the insurer's liability has become reasonably clear; and

3. By knowingly refusing to pay a claim without conducting a reasonable investigation with respect to the claim.

Plaintiff seeks imposition of all penalties assessable against Defendant, arising out of its violations of Texas Insurance Code, Section 542, including interest on the amount of claims payable as life insurance benefits under the policy at the rate of 18% per annum from the date of statutory violations until paid, and attorney's fees in an amount deemed reasonable by this Court.

## VI.

Plaintiff would show that, in the handling of this life insurance claim, Defendant,

**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS d/b/a AFLAC**

has violated Texas Insurance Code, Section 542.003, in the following particulars, to wit:

1. By knowingly failing to acknowledge with reasonable promptness pertinent communications relating to a claim arising under the insurer's policy;

2. By knowingly failing to adopt and implement reasonable standards for the prompt investigation of claims arising under the insurer's policies; and

3. By knowingly not attempting in good faith to effectuate a prompt, fair and equitable settlement of a claim submitted in which liability has become reasonably clear; and

4. By knowingly requiring Plaintiff to institute this lawsuit because of the failure and refusal to extend a reasonable settlement offer whatsoever in response to Plaintiff's timely written demand to resolve the instant claim.

Plaintiff seeks imposition of all penalties assessable against Defendant, arising out of its violations of Texas Insurance Code, Section 542, including interest on the amount of claims payable as life insurance benefits under the policy at the rate of 18% per annum from the date of statutory violations until paid, and attorney's fees in an amount deemed reasonable by this Court.

## VII.

Plaintiff would show that, in the handling of this life insurance claim, Defendant,

**MARIA RUIZ**, a "person" pursuant to Section 541.002 (2), has violated Texas Insurance Code,

Section 541 in the following particulars, to wit:

1. By knowingly misrepresenting to a claimant a material fact or policy provision relating to coverage at issue.

*Plaintiff's Original Petition and Request for Disclosure*
*Page 4*

Plaintiff seeks imposition of all penalties assessable against Defendant arising out of her violations of Texas Insurance Code, Section 541.002(2), including interest on the amount of claims payable as life insurance benefits under the policy at the rate of 18% per annum from the date of statutory violations until paid, and attorney's fees in an amount deemed reasonable by this Court.

## VIII.

Plaintiff would further show that he is a "consumer" pursuant to provisions of the Texas Business and Commerce Code § 17.50, *et seq.*, the Texas Deceptive Trade Practices Act ("DTPA"), is a third party beneficiary of the subject insurance policy and contract and has given due written notice as required by said statute (See Exhibit "A," attached hereto, incorporated herein and made a part hereof for all purposes).

Defendants, **AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS d/b/a AFLAC and MARIA RUIZ** have each violated the following noted provisions of the Texas Business and Commerce Code § 17.44, *et seq.*, the Texas Deceptive Trade Practices Act ("DTPA") and Texas Insurance Code Section 541.151 (2) by knowingly engaging in false, misleading or deceptive acts or practices which were relied on by a consumer to the consumer's detriment:

1.  By representing that goods or services hav sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have or that a person has a sponsorship, approval, status, affiliation, or connection which he does not [Sec. 17.46 (b)(5)];

2.  By representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another [Sec. 17.46 (b)(7)];

3.    By representing that an agreement confers or involves rights, remedies or obligations which it does not have or involve, or which are prohibited by law [Sec. 17.46 (b)(12)]; and

4.    By failing to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclosed [Sec. 17.46 (b)(23)].

Said Defendants further knowingly engaged in unconscionable action or course of action by engaging in an act or practice which, to Plaintiff, or his deceased mother's reliance and detriment, takes advantage of the lack of knowledge, ability, experience, or capacity of the Plaintiff or his deceased mother to a grossly unfair degree.

## IX.

Plaintiff has been actually damaged in the amount of the $100,000.00 policy benefit, in addition to statutory interest, treble damages, court costs and reasonable and necessary attorney fees.

## X.

## REQUEST FOR DISCLOSURE

In accordance with Tex.R.Civ.P.194, each Defendant is requested to disclose to each Plaintiff at the offices of the undersigned counsel for Plaintiffs, within fifty (50) days of service of this request, the information or material described in Rule 194.2(a)-(l).

## XI.

By reason of the above and foregoing, Plaintiff has been damaged in a sum in excess of $200,000.00 but not more than $1,000,000.00 and the minimum jurisdictional limits of this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that each Defendant be cited to appear and answer herein, and that upon final hearing hereof, Plaintiff have judgment over and against Defendants, **AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS d/b/a AFLAC and MARIA RUIZ,** jointly and severally, declaring the rights, duties and obligations of the parties and beneficiaries to the insurance contract made the basis of this suit; for judgment over and against said Defendants for the amount of life insurance benefits to which Plaintiff is entitled, and associated actual damages; attorney's fees incurred in the prosecution of this action in an amount deemed reasonable by this Court, such fees to be expressly made a part of said judgment; for pre-judgment interest on said judgment, at the highest legal rate, expressly to be made a part of the judgment; for post-judgment interest on said judgment at the highest legal rate until paid; for all penalties, interest and treble damages assessable against Defendants arising out of their violations of the Texas Insurance Code and Texas Deceptive Trade Practices Act; for all costs of Court, expressly to be made a part of the judgment; and for all further relief, at law or in equity, to which Plaintiff may show himself justly entitled.

Respectfully submitted,

TOUDOUZE LAW
A Professional Corporation
19210 Huebner Road, Suite 101
San Antonio, Texas 78258-3103
E-mail address: atsalaw@aol.com
E-mail address: mariec5000@yahoo.com
(210) 271-7110  Telephone
(210) 499-4955 Telefax

BY:

AUGUST TOUDOUZE
State Bar No. 20151200

ATTORNEY FOR PLAINTIFF

**JURY DEMAND**

Plaintiff respectfully demands a trial by jury.

**EXHIBIT "A"**



# TOUDOUZE LAW

A PROFESSIONAL CORPORATION

AUGUST TOUDOUZE
Attorney & Mediator
atsalaw@aol.com

*Board Certified Specialist*
*Personal Injury Trial Law*
*Texas Board Of Legal Specialization*

July 30, 2019

American Family Life Assurance Company
of Columbus (AFLAC)
Attn: Client Services Department
Worldwide Headquarters
1932 Wynnton Road
Columbus, Georgia 31999-0001

*Via Certified Mail - RRR*
*7017 2680 0001 0777 3060*

RE:      My Client/Beneficiary       :      Jesher J. Flores
         Deceased/Insured            :      Elva L. Flores
         Date of Death               :      August 31, 2018
         Policy No.                  :      PG540818

Dear Sir/Madam:

Please be advised that I represent the above-named individual beneficiary to his referenced deceased mother's life insurance policy with your company.

The subject 10-year level premium term policy originated on April 1, 2006, and was subsequently renewed on April 1, 2016 (See attached Policy Schedule).

The policy was in full force and effect on August 31, 2018, the date of death for Elva L. Flores, the life insured (See death certificate, attached). The premium payment of $175.00 due on August 1, 2018, was made in the form of a check dated August 27, 2018, and deposited at the U.S. Post Office branch at 2700 E. Saunders Street in Laredo, Webb County, Texas, on August 30, 2018 (See Affidavit of Jesher Flores, attached). Two distinct grounds for recovery of benefits under the policy are noted below:

1.    The policy grace period of 31 days had not expired at the time of Mrs. Flores' death on August 31, 2018, leaving the policy in full force and effect at the time of her death. The August 31, 2018 policy cancellation or alleged lapse, as cited in separate correspondence from your company dated September 21, 2018 and October 1, 2018, as the basis for denial of the proof of claim, was unequivocally after the death had occurred, and before the grace period had expired, rendering same totally ineffectual, null and void; and

2.    The payment deposited by mail on August 30, 2018, though negotiated on September 11, 2018, was deemed made on August 30, 2018, within the effective policy period, according to the "mailbox rule" in effect by prior custom of mailing and acceptance of payment, according to Texas case law (See *American Casualty Company of Reading Pennsylvania v. Conn*, 741 S.W. 2d 536 (Tex. App - Austin 1987) and *Cox v. Gulf Insurance Company*, 858

SAN ANTONIO OFFICE
19210 Huebner Road, Suite 101, San Antonio, TX 78258-3103
210-271-7110
FAX 210-400-4055

LAREDO OFFICE
6900 McPherson Ave., Suite 2, Laredo, TX, 78041-6416
956-795-0711
FAX 956-795-0247

*Letter to American Family Life Assurance Company*
*of Columbus (AFLAC)*
*Attn: Client Services Department*
*RE: Policy No. PG540818*
*July 30, 2019*
*Page 2*

S.W. 2d 615 (Tex. App - Fort Worth 1993).
As you know, payment of the August, 2018 premium was refunded by your company to Mr. Flores in October, 2018, after negotiating same, and has not been cashed.

I would request receipt of a certified copy of Policy No. PG540818 be forwarded to my San Antonio office as soon as practicable, or no later than accompanying your response to this letter.

For the reasons cited above, it is our position that the subject life insurance policy was in full force and effect at the time of Elva L. Flores' death on August 31, 2018, and your company's denial of benefits as stated in the detailed correspondence following notice from your insured remains wrongful, erroneous and in violation of the Texas Insurance Code Ch. 541 and 542, as well as Texas Business and Commerce Code § 17.50, *et seq.*, the Texas Deceptive Trade Practices Act ("DTPA").

Demand is made for the immediate payment of the policy benefit of $100,000.00, with due return to you of the refunded premium check. Further, you are liable for 18% statutory interest on the benefit beginning on December 1, 2018, the date the coverage amount should have been paid pursuant to policy terms (2 months following notification of death), which amounts to an additional $13,500.00 through August 31, 2019. I expect a written response as required by the Insurance Code provisions cited within fifteen days (15) from your receipt of this letter.

Additionally, I formally request payment of $1,750.00 in reasonable attorneys fees for the preparation of this demand letter, as allowed by statute (5 hours @ $350.00 per hour).

I look forward to hearing from you very soon.

Very truly yours,

**AUGUST TOUDOUZE**

AT/imc
Encl.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AFLAC
ATTN Client Services Dept
Worldwide Headquarters
1932 Wynnton Rd
Columbus, Georgia 31977

9590 9402 3811 8032 6343 51

2. Article Number (Transfer from service label)
7017 2680 0001 0777 3060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X HENRY CRISP
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

HENRY CRISP

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

## POLICY SCHEDULE
### 10-YEAR LEVEL PREMIUM TERM POLICY

| | | | |
|---|---|---|---|
| **Insured** | ELVA L FLORES | | |
| **Age at Issue** | 50 | **Policy Date** | APRIL 01, 2006 |
| **Sex** | FEMALE | **Initial Term Expiration Date** | APRIL 01, 2016 |
| **Classification** | NON-TOBACCO | **Expiry Date** | APRIL 01, 2026 |
| **Policy Number** | PG540818 | **Reinstatement Interest Rate** | 6% |
| | | **Amount of Insurance** | $100,000 |
| | | **Accidental-Death Rider Amount** | $100,000 |

| BENEFITS SPECIFIED IN POLICY AND IN ANY RIDER | INITIAL ANNUAL PREMIUM* | PREMIUM PERIOD |
|---|---|---|
| 10-Year Level Premium Term Policy | $720.00 | 10 years |
| Accidental-Death Benefits (Named Insured ONLY) | $96.00 | Until policy terminates or rider anniversary following your 75th birthday. |

| | |
|---|---|
| **TOTAL ANNUAL PREMIUM** | $816.00 |
| **MODAL PREMIUM:**  MONTHLY | $68.00 |

### PREMIUMS WILL INCREASE UPON EACH RENEWAL
### SCHEDULE OF RENEWAL PREMIUMS

| Policy Year | Current Premium |
|---|---|
| 1-10 | $720.00 |
| 11-20 | $1,992.00 |

2

OCT-04-2018 00:04 From:      7940247     To:12104994955    Page:9/9

**CERTIFICATION OF VITAL RECORD**

## DEPARTMENT OF STATE HEALTH SERVICES
### VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES · VITAL STATISTICS
STATE OF TEXAS    CERTIFICATE OF DEATH    STATE FILE NUMBER   142-18-133699

1. LEGAL NAME OF DECEASED (First, Middle, Last) — ELVA L FLORES

3. SEX — FEMALE   4. DATE OF DEATH — JUNE 13, 1959   AGE — 59   DATE OF DEATH — AUGUST 31, 2018

LAST NAME BEFORE FIRST MARRIAGE — BUNN

SOCIAL SECURITY — MARITAL STATUS: ☒ Married  BIRTHPLACE — MEXICO

SURVIVING SPOUSE NAME — JESUS PABLO FLORES

RESIDENCE — 2620 PUERTO ESCONDIDO

COUNTY — WEBB   STATE — TEXAS   ZIP — 78045

FATHER NAME — RICHARD RAYMOND BUNN   MOTHER NAME — REBECCA DE LEON

PLACE OF DEATH — ☒ Inpatient  COUNTY OF DEATH — WEBB  CITY — LAREDO, 78041  FACILITY — LAREDO MEDICAL CENTER

INFORMANT NAME — JENNIFER FLORES - SON  2620 PUERTO ESCONDIDO LAREDO, TX 78044

METHOD OF DISPOSITION — ☒ Cremation

SIGNATURE OF FUNERAL DIRECTOR — FRED DICKEY BY ELECTRONIC SIGNATURE - 112383

NAME OF FUNERAL FACILITY — FRED DICKEY FUNERAL AND CREMATION SERVICES  LAREDO, TX  1320 TREVINO, LAREDO, TX 78041

CERTIFIER — OSCAR GUTIERREZ-VIQUET, BY ELECTRONIC SIGNATURE  DATE — SEPTEMBER 4, 2018  14749  1654

ADDRESS OF CERTIFIER — OSCAR GUTIERREZ-VIQUET, 700 E CALTON ROAD, SUITE 1212, LAREDO, TX 78041  MD

**CAUSE OF DEATH**

IMMEDIATE CAUSE — ACUTE MYOCARDIAL INFARCTION

Due to — CARDIAC ARRHYTHMIA

Due to — ISCHEMIC HEART DISEASE

OTHER SIGNIFICANT CONDITIONS — ESRD, CAD, CHF, DM II

MANNER OF DEATH — ☒ Natural

TOBACCO USE CONTRIBUTE TO DEATH — ☒ No

IF FEMALE — ☒ Not pregnant within past year

31. REGISTRAR FILE NO. — C2-0825  DATE RECEIVED — SEPTEMBER 4, 2018  REGISTRAR — CITY OF LAREDO, ELECTRONICALLY FILED

JLF

---

This is a true and correct reproduction of the original record as recorded in this office, issued under authority of Section 191.051, Health and Safety Code.

ISSUED   SEP 07 2018

TARA DAS
STATE REGISTRAR

QA1329080 7

STATE OF TEXAS     §

                         §

COUNTY OF WEBB    §

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared JESHER J. FLORES, who being by me duly sworn deposed as follows:

"My name is JESHER J. FLORES. I am the same JESHER J. FLORES who is the son of ELVA L. FLORES, and the named beneficiary under life insurance Policy No. PG540818 issued by American Family Life Assurance Company of Columbus (AFLAC) to my mother.

"On August 30, 2018, I delivered an envelope addressed to Aflac at their world headquarters at 1932 Wynnton Road, Columbus, Georgia, 31999, containing my check No. 2310 payable to "Aflac" and noting the policy number PG540818 on its face, in the amount of $175.00 for the August, 2018 policy premium payment, to a U.S. Postmaster representative at the U.S. Post Office branch at 2700 E. Saunders Street in Laredo, Webb County, Texas, for purposes of mailing the envelope with payment to the noted addressee. On September 11, 2018, the check was negotiated by Aflac through my bank.

I had previously customarily and routinely sent premium payments by mail for the same insurance policy to the same payee at the identical address by U.S. mail.

"I make this statement voluntarily, and with no threats, coercion or promises of any kind."

JESHER J. FLORES
AFFIANT

SWORN TO and SUBSCRIBED before me on this the 30th day of July, 2019.

NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

CYNTHIA TREVINO
Notary Public, State of Texas
Comm Expires 02-16-2020
Notary ID 129015206

Filed
12/2/2019 8:20 AM
Esther Degollado
District Clerk
Webb District
Laura Renteria
2019CVI002151D4

**Cause No. 2019CVI002151D4**

| | | |
|---|---|---|
| JESHER FLORES | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN FAMILY LIFE ASSURANCE | § | 406TH JUDICIAL DISTRICT |
| COMPANY OF COLUMBUS d/b/a AFLAC | § | |
| and MARIA RUIZ | § | |
| | § | |
| **Defendants** | § | WEBB COUNTY, TEXAS |

<u>**DEFENDANT'S ORIGINAL ANSWER**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

      Defendant, MARIA RUIZ files her Original Answer to Plaintiff's Original Petition, and shows as follows:

**I.**
**GENERAL DENIAL**

      Defendant denies each and every material allegation in Plaintiff's Original Petition and demands strict proof on each and every element.

**II.**
**AFFIRMATIVE AND SPECIFIC DEFENSES**

      As a prerequisite to filing suit under the Texas Deceptive Trade Practices Act, Plaintiff must give Defendant at least 60 days written notice before filing suit, advising her in reasonable detail of his specific complaint and the amount of economic and non-economic damages he seeks, including attorney's fees reasonable incurred. TEX. BUS. & COM. CODE ANN. § 17.505(a).

      Defendant denies that Plaintiff has satisfied all conditions precedent.

      No act or omission by Defendant was a proximate or producing cause of Plaintiff's alleged damages.

2540614v.1

Plaintiff's denoted extra-contractual claims should be bifurcated and tried after the underlying breach of contract claim is determined. Texas law is clear that where there is no coverage or no breach of contract, there can be no extra-contractual claim. Insurance coverage claims and bad faith claims are by their very nature independent. Plaintiff's extra-contractual claims should be abated from his breach of contract action because they are separate and independent and are not so interwoven as to involve the same facts and issues. The causes of action are substantially different and distinct, one involving coverage, the other sounding in tort. The elements of damages are different. The instructions and questions submitted to the jury are different. Evidence of net worth is not admissible in a breach of contract case. A finding of no coverage or no breach of contract would summarily dispose of the extra-contractual causes of action because under Texas law, absent some independent tort, there can be no bad faith where there is no coverage.

The facts, circumstances and alleged damages about which Plaintiff complains were caused by Plaintiff's' negligence or other culpable conduct.

Plaintiff failed to reasonably avoid or mitigate his alleged damages.

Defendant denies all breach of contract claims and asserts she breached no contract.

Defendant denies all denoted extra-contractual claims.

Defendant breached no purported duty of good faith and fair dealing. Defendant did not violate the Texas Deceptive Trade Practices Act or the Texas Business and Commerce Act or any other statute.

Defendant denies all allegations of negligence and negligence misrepresentation and assert no such actions occurred.

2

Defendant denies all allegations of damages and asserts Plaintiff is not entitled to recover any damages, including but not limited to, actual, statutory, exemplary, economic, non-economic and attorneys' fees, against Defendant.

Defendant demands a trial by jury on all issues in dispute.

### III.
### REQUESTS FOR DISCLOSURE

Defendant requests Plaintiff to respond to the requests for disclosure set forth in Rule 194 of the Texas Rules of Civil Procedure.

Wherefore, Defendant, MARIA RUIZ prays that Plaintiff takes nothing, that his claims be dismissed with prejudice and for such other and further relief to which Defendant may be entitled.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**

By:  */s/ Kent M. Adams*
Kent M. Adams
Texas Bar No. 00869200
Tracy Freeman
Texas Bar No. 00793757
909 Fannin Street, Suite 3300
Houston, Texas 77010
(713) 353-2000 – telephone
(713) 785-7780 – facsimile
kent.adams@wilsonelser.com
tracy.freeman@wilsonelser.com
*Attorneys for Defendant, Maria Ruiz*

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Defendant's Original Answer has been electronically filed and served on counsel of record on December 2, 2019.

/s/ Kent M. Adams
Kent M. Adams

4

Filed
11/27/2019 8:38 AM
Esther Degollado
District Clerk
Webb District
Veronica Valenzuela
2019CVI002151D4

## CAUSE NO. 2019CVI002151D4

| | | |
|---|---|---|
| JESHER FLORES, | § | IN THE DISTRICT COURT |
| **Plaintiff** | § | |
| | § | |
| v. | § | **406TH JUDICIAL DISTRICT** |
| | § | |
| AMERICAN FAMILY LIFE ASSURANCE | § | |
| COMPANY OF COLUMBUS d/b/a | § | |
| AFLAC and MARIA RUIZ | § | |
| **Defendants.** | § | **WEBB COUNTY, TEXAS** |

## DEFENDANT AMERICAN FAMILY LIFE ASSURANCE COMPANY
## OF COLUMBUS D/B/A AFLAC'S ORIGINAL ANSWER

Defendant American Family Life Assurance Company of Columbus d/b/a Aflac files its

Original Answer to Plaintiff Jesher Flores's Original Petition. In support thereof, Defendant states

the following:

### I.
### GENERAL DENIAL

Defendant generally denies the allegations set forth in Plaintiff's Original Petition, and in

any amendments thereof and supplements thereto, and demands strict proof of all claims alleged

therein, pursuant to Texas Rule of Civil Procedure 92.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing

by this suit and that Defendant recovers its costs of court from Plaintiff. Defendant further prays

for all other relief to which it is entitled, at law or in equity.

Respectfully submitted,

_/s/ Christopher A. Wright_____
Nathan A. Ketterling
State Bar No. 24041239
nketterling@rpsalaw.com
Christopher A. Wright

656129.1
81382.00004

State Bar No. 24082114
cwright@rpsalaw.com
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP
755 E. Mulberry Ave., Suite 200
San Antonio, Texas 78212
Telephone: (210) 225-5000
Facsimile: (210) 354-4034

**ATTORNEYS FOR DEFENDANT
AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF
COLUMBUS D/B/A AFLAC**

## <u>CERTIFICATE OF SERVICE</u>

I certify that the above document was served upon the following on November 27, 2019, in accordance with the Texas Rules of Civil Procedure:

August Toudouze
TOUDOUZE LAW
19210 Huebner Road, Suite 101
San Antonio, Texas 78258
Facsimile: (210) 499-4955
atsalaw@aol.com
mariec5000@yahoo.com

*/s/ Christopher A. Wright*
Christopher A. Wright



# Oscar J. Hale, Jr.

### State District Judge

406ᵀᴴ Judicial District Court

1110 Victoria St., Suite 402

TELEPHONE NO. (956) 523-4954

FAX NO. (956) 523-5074

October 31, 2019

CAUSE NO.:     2019CVI002151D4

STYLE:     JESHER FLORES
                    VS
                    AMERICAN FAMILY LIFE ASSURANCE COMPANY
OF COLUMBUS D/B/A AFLAC; MARIA RUIZ

Please take NOTICE that this case is set for **CALENDAR CALL** on 01/06/2020 at 2:00 PM at the 406ᵗʰ District Court, 4ᵗʰ Floor, Webb County Justice Center.

All Calendar Call hearings will be in open court and on the record before the Honorable Judge Oscar J. Hale, Jr. Your presence is MANDATORY unless Counsel for Plaintiff(s) and Defendant(s) file a Joint Pre-Trial Guideline Order (PTGO) with all counsel signatures on the PTGO.

You may download the PTGO at our website: www.Webbcountytx.gov/DC406th/Forms

Counsel for Plaintiff(s) please note that if you fail to appear your case may be dismissed for lack of prosecution.

Counsel for Defendant(s) please note that if you fail to appear for calendar call, a pre-trial guideline order may be entered with or without your approval and/or signature.

If there are any questions regarding this matter please feel free to call our office at any time.

Cruz Maldonado
Civil Court Coordinator

```
**  Transmit Confirmation Report  **
P.1                                          Oct 31 2019 04:23pm
WEBB CO DISTRICT CLERK Fax:956-523-5121
```

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912104994955 | Fine | 31,04:22pm | 0'48" | 1 | * O K | |



## Oscar J. Hale, Jr.

State District Judge

406TH Judicial District Court

1110 Victoria St., Suite 402

TELEPHONE NO. (956) 523-4754

FAX NO. (956) 523-6074

October 31, 2019

CAUSE NO.:   2019CVI002151D4

STYLE:   JESHER FLORES
VS
AMERICAN FAMILY LIFE ASSURANCE COMPANY
OF COLUMBUS D/B/A AFLAC; MARIA RUIZ

Please take NOTICE that this case is set for CALENDAR CALL on 01/06/2020 at 2:00 PM at the 406th District Court, 4th Floor, Webb County Justice Center.

All Calendar Call hearings will be in open court and on the record before the Honorable Judge Oscar J. Hale, Jr. Your presence is MANDATORY unless Counsel for Plaintiff(s) and Defendant(s) file a Joint Pre-Trial Guideline Order (PTGO) with all counsel signatures on the PTGO.

You may download the PTGO at our website: www.Webbcountytx.gov/DC406th/Forms

Counsel for Plaintiff(s) please note that if you fail to appear your case may be dismissed for lack of prosecution.

Counsel for Defendant(s) please note that if you fail to appear for calendar call, a pre-trial guideline order may be entered with or without your approval and/or signature.

If there are any questions regarding this matter please feel free to call our office at any time.

Cruz Maldonado
Civil Court Coordinator

## CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**                    **COURT DATE 01/06/2020@2:00PM**

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

**TO: MARIA RUIZ**
**1407 CALLE DEL NORTE**
**LAREDO TX 78041**

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 406th District Court** of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2019CVI002151D4, styled:

**JESHER FLORES, PLAINTIFF**
**VS.**
**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC; MARIA RUIZ, DEFENDANT**

Said Plaintiff's Petition was filed on 10/30/2019 in said court by:

**AUGUST TOUDOUZE, ATTORNEY FOR PLAINTIFF**
**19210 HUEBNER ROAD STE 101**
**SAN ANTONIO TX 78258**

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 31st day of October, 2019.

**C L E R K    O F    C O U R T**

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
Esmeralda Alvarado

2019CVI002151D4

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 2019 at
_____ O'CLOCK _____.M.   Executed   at
_____, within the COUNTY of _____
at _____ O'CLOCK ____.M. on the _____ day of
_____, 2019, by delivering to the within named **MARIA
RUIZ**, each, in person, a true copy of this citation together
with the accompanying copy of the petition, having first
attached such copy of such petition to such copy of citation and
endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
                                DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB    }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

**SERVE**
**2019CVI002151D4**

## CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**                    **COURT DATE 01/06/2020@2:00PM**

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY.  IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

**TO:  MARIA RUIZ**
**1407 CALLE DEL NORTE**
**LAREDO TX  78041**

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 406th District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2019CVI002151D4, styled:**

**JESHER FLORES, PLAINTIFF**
**VS.**
**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC; MARIA RUIZ, DEFENDANT**

**Said Plaintiff's Petition was filed on 10/30/2019 in said court by:**

**AUGUST TOUDOUZE, ATTORNEY FOR PLAINTIFF**
**19210 HUEBNER ROAD STE 101**
**SAN ANTONIO TX  78258**

**WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 31st day of October, 2019.**

**C L E R K   O F   C O U R T**

StampESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO; TX 78042

**BY:** _____ **DEPUTY**
Esmeralda Alvarado

2019CVI002151D4

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2019 at
_____ O'CLOCK _____.M. Executed at
_____, within the COUNTY of _____
at _____ O'CLOCK ____.M. on the _____ day of
_____, 2019, by delivering to the within named **MARIA
RUIZ**, each, in person, a true copy of this citation together
with the accompanying copy of the petition, having first
attached such copy of such petition to such copy of citation and
endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____

DEPUTY

THE STATE OF TEXAS }
COUNTY OF WEBB    }

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

RETURN
2019CVI002151D4

## CITATION

THE STATE OF TEXAS
COUNTY OF WEBB                    COURT DATE 01/06/2020@2:00PM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER
WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU
WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY
BE TAKEN AGAINST YOU."
TO: AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A
AFLAC
Attn CORPORATION SERVICE COMPANY
211 E 7TH STREET
STE 620
AUSTIN TX 78701
DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 406th District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2019CVI002151D4, styled:
JESHER FLORES, PLAINTIFF
VS.
AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC;
MARIA RUIZ, DEFENDANT
Said Plaintiff's Petition was filed on 10/30/2019 in said court
by:
AUGUST TOUDOUZE, ATTORNEY FOR PLAINTIFF
19210 HUEBNER ROAD STE 101
SAN ANTONIO TX 78258
WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS,
Issued and given under my hand and seal of said court at office,
on this the 31st day of October, 2019.

C   L   E   R   K   O   F   C   O   U   R   T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
Esmeralda Alvarado

**2019CVI002151D4**

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 2019 at
_____ O'CLOCK \_\_\_\_.M. Executed at
_____, within the COUNTY of _____
at _____ O'CLOCK \_\_\_\_.M. on the _____ day of
_____, 2019, by delivering to the within named
AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC,
each, in person, a true copy of this citation together with the
accompanying copy of the petition, having first attached such
copy of such petition to such copy of citation and endorsed on
such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
                              DEPUTY

THE STATE OF TEXAS }
COUNTY OF WEBB      }

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES
_____

**SERVE**
**2019CVI002151D4**

**CITATION**

**THE STATE OF TEXAS**
**COUNTY OF WEBB**                    **COURT DATE 01/06/2020@2:00PM**

**NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."**
**TO: AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC**
**Attn CORPORATION SERVICE COMPANY**
**211 E 7TH STREET**
**STE 620**
**AUSTIN TX 78701**
DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 406th District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2019CVI002151D4, styled:

JESHER FLORES, PLAINTIFF
VS.
AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC; MARIA RUIZ, DEFENDANT

Said Plaintiff's Petition was filed on 10/30/2019 in said court by:

AUGUST TOUDOUZE, ATTORNEY FOR PLAINTIFF
19210 HUEBNER ROAD STE 101
SAN ANTONIO TX 78258

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 31st day of October, 2019.

E   R   K       O   F       C   O   U   R   T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
Esmeralda Alvarado

**2019CVI002151D4**

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 2019 at
_____ O'CLOCK \_\_\_\_\_.M. Executed at
_____, within the COUNTY of _____
at _____ O'CLOCK \_\_\_\_\_.M. on the _____ day of
_____, 2019, by delivering to the within named
AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC,
each, in person, a true copy of this citation together with the
accompanying copy of the petition, having first attached such
copy of such petition to such copy of citation and endorsed on
such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
DEPUTY

THE STATE OF TEXAS }
COUNTY OF WEBB      }

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES
_____

**RETURN**
**2019CVI002151D4**

## CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**                    **COURT DATE 01/06/2020@2:00PM**

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY.  IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER
WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU
WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY
BE TAKEN AGAINST YOU."

**TO: MARIA RUIZ**
**1407 CALLE DEL NORTE**
**LAREDO TX  78041**

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 406th** District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. on the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2019CVI002151D4, styled:

**JESHER FLORES, PLAINTIFF**
**VS.**
**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC;**
**MARIA RUIZ, DEFENDANT**

Said Plaintiff's Petition was filed on 10/30/2019 in said court
by:

**AUGUST TOUDOUZE, ATTORNEY FOR PLAINTIFF**
**19210 HUEBNER ROAD STE 101**
**SAN ANTONIO TX  78258**

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS,
Issued and given under my hand and seal of said court at office,
on this the 31st day of October, 2019.

**C L E R K   O F   C O U R T**

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
Esmeralda Alvarado

**2019CVI002151D4**

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2019 at
_____        O'CLOCK        _____.M.        Executed        at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2019, by delivering to the within named **MARIA**
**RUIZ**, each, in person, a true copy of this citation together
with the accompanying copy of the petition, having first
attached such copy of such petition to such copy of citation and
endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
DEPUTY

THE STATE OF TEXAS }
COUNTY OF WEBB    }

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES
_____

**SERVE**
**2019CVI002151D4**

## CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**                    **COURT DATE 01/06/2020@2:00PM**

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY.  IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

**TO:  MARIA RUIZ**
**1407 CALLE DEL NORTE**
**LAREDO TX  78041**

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 406th District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2019CVI002151D4, styled:**
**JESHER FLORES, PLAINTIFF**
**VS.**
**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC; MARIA RUIZ, DEFENDANT**
Said Plaintiff's Petition was filed on 10/30/2019 in said court by:

**AUGUST TOUDOUZE, ATTORNEY FOR PLAINTIFF**
**19210 HUEBNER ROAD STE 101**
**SAN ANTONIO TX  78258**

**WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS,** Issued and given under my hand and seal of said court at office, on this the 31st day of October, 2019.

C L E R K   O F   C O U R T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
Esmeralda Alvarado

2019CVI002151D4

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2019 at
_____   O'CLOCK   _____.M.   Executed   at
_____, within the COUNTY of _____
at   _____   O'CLOCK   _____.M.   on   the   _____   day   of
_____, 2019, by delivering to the within named **MARIA RUIZ**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB      }**

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

**RETURN**
**2019CVI002151D4**

**CITATION**

THE STATE OF TEXAS
COUNTY OF WEBB                    **COURT DATE 01/06/2020@2:00PM**

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER
WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU
WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY
BE TAKEN AGAINST YOU."
TO: AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A
AFLAC
Attn CORPORATION SERVICE COMPANY
211 E 7TH STREET
STE 620
AUSTIN TX 78701
DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 406th District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2019CVI002151D4, styled:
                    **JESHER FLORES, PLAINTIFF**
                              **VS.**
  **AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC;**
                    **MARIA RUIZ, DEFENDANT**
Said Plaintiff's Petition was filed on 10/30/2019 in said court
by:
            **AUGUST TOUDOUZE, ATTORNEY FOR PLAINTIFF**
                **19210 HUEBNER ROAD STE 101**
                    **SAN ANTONIO TX 78258**
WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS,
Issued and given under my hand and seal of said court at office,
on this the 31st day of October, 2019.

C    L    E    R    K    O    F    C    O    U    R    T

                         ESTHER DEGOLLADO
                         WEBB COUNTY DISTRICT CLERK
                         P.O. BOX 667
                         LAREDO, TX 78042

                    BY:                          DEPUTY
                         Esmeralda Alvarado

2019CVI002151D4

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2019 at _____ O'CLOCK _____.M.  Executed at _____, within the COUNTY of _____ at _____ O'CLOCK \_\_\_\_.M. on the _____ day of _____, 2019, by delivering to the within named **AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC,** each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
                                    DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB    }**

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

_____
                    NOTARY PUBLIC
MY COMMISSION EXPIRES
_____

**SERVE**
**2019CVI002151D4**

## CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**                    <u>**COURT DATE 01/06/2020@2:00PM**</u>

**NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."**
**TO: AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC**
**Attn CORPORATION SERVICE COMPANY**
**211 E 7TH STREET**
**STE 620**
**AUSTIN TX 78701**
**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 406th District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2019CVI002151D4, styled:**

**JESHER FLORES, PLAINTIFF**
**VS.**
**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC;**
**MARIA RUIZ, DEFENDANT**

**Said Plaintiff's Petition was filed on 10/30/2019 in said court by:**

**AUGUST TOUDOUZE, ATTORNEY FOR PLAINTIFF**
**19210 HUEBNER ROAD STE 101**
**SAN ANTONIO TX 78258**

**WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 31st day of October, 2019.**

**E R K O F C O U R T**

**ESTHER DEGOLLADO**
**WEBB COUNTY DISTRICT CLERK**
**P.O. BOX 667**
**LAREDO, TX 78042**

**BY:** _____ **DEPUTY**
Esmeralda Alvarado

**OFFICER'S RETURN**                              **2019CVI002151D4**

Came to hand on the _____ day of _____, 2019 at
_____      O'CLOCK      _____.M.      Executed      at
_____, within the COUNTY of _____
at _____      O'CLOCK _____.M.  on  the  _____  day  of
_____, 2019, by delivering to the within named
AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC,
each, in person, a true copy of this citation together with the
accompanying copy of the petition, having first attached such
copy of such petition to such copy of citation and endorsed on
such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

                              _____
                              SHERIFF, CONSTABLE

                              _____ COUNTY, TEXAS

                    BY _____
                              DEPUTY

THE STATE OF TEXAS }
COUNTY OF WEBB     }

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

                              _____
                              NOTARY PUBLIC
                              MY COMMISSION EXPIRES
                              _____

**RETURN**
**2019CVI002151D4**

## CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**                   **COURT DATE 01/06/2020@2:00PM**

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY.   IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER
WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU
WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY
BE TAKEN AGAINST YOU."

**TO:  MARIA RUIZ**
**1407 CALLE DEL NORTE**
**LAREDO TX  78041**

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 406th District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2019CVI002151D4, styled:**
                **JESHER FLORES, PLAINTIFF**
                       **VS.**
**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC;**
              **MARIA RUIZ, DEFENDANT**
Said Plaintiff's Petition was filed on 10/30/2019 in said court
by:
           **AUGUST TOUDOUZE, ATTORNEY FOR PLAINTIFF**
                **19210 HUEBNER ROAD STE 101**
                **SAN ANTONIO TX  78258**

**WITNESS ESTHER DEGOLLADO**, DISTRICT CLERK OF WEBB COUNTY, TEXAS,
Issued and given under my hand and seal of said court at office,
on this the 31st day of October, 2019.

             **C L E R K   O F   C O U R T**

                    ESTHER DEGOLLADO
                    WEBB COUNTY DISTRICT CLERK
                    P.O. BOX 667
                    LAREDO, TX 78042

         BY: _____ DEPUTY
              Esmeralda Alvarado

OFFICERS RETURN

Received this citation on *November 1*, 2019, at *10:00* *A* M. Executed at *1920 Ruiz Apt. #24*, within the County of *Webb*, State of Texas, on *November 5*, 2019, at *1:50* *P* M., by delivering to the within named individual (s), *Emalia Ruiz*

each , in person, a true copy of this citation, together with an accompanying copy of plaintiff's original petition, having first endorsed on the citation the date of delivery.

My fees for service of process are as follows:

| | | |
|---|---|---|
| For serving Citation | $ _____ | |
| Other_____ | $ _____ | |
| Total Fees | $ _____ | |

To certify which witness my hand.

*Authorized Person* , Sheriff/Constable

County of *Webb* , State of Texas

By: _____ , Deputy

OR

ANTONIO GUARDIOLA ,   Certified Process Server
PSC-544               Identification number
JUNE 30, 2020          Expiration of Certification

JURAT

My name is ANTONIO GUARDIOLA, my date of birth is 12-02-54, and my address is 8982 FOGGY LP. I declare under penalty of perjury that the foregoing Return of Citation is true and correct. Executed in the County of *Webb* . State of Texas, on the *5* , day of *November* , 2019

_____
Declarant

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____ 2019 ,to certify which witness my hand and seal of office.

_____
Notary Public/Court Clerk

RETURN
**2019CVI002151D4**

CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**                    **COURT DATE 01/06/2020@2:00PM**

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."
**TO: AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC**
**Attn CORPORATION SERVICE COMPANY**
**211 E 7TH STREET**
**STE 620**
**AUSTIN TX  78701**
DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 406th District Court of Webb County, Texas, to be held at the said courthouse of said County in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2019CVI002151D4, styled:

**JESHER FLORES, PLAINTIFF**
**VS.**
**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC;**
**MARIA RUIZ, DEFENDANT**
Said Plaintiff's Petition was filed on 10/30/2019 in said court by:

**AUGUST TOUDOUZE, ATTORNEY FOR PLAINTIFF**
**19210 HUEBNER ROAD STE 101**
**SAN ANTONIO TX  78258**
WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 31st day of October, 2019.

C  L  E  R  K    O  F    C  O  U  R  T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
Esmeralda Alvarado

## OFFICERS RETURN

Received this citation on *November 1*, 2019, at *10:00* *A*. M. Executed at *311 E. 7th St. Austin, Tx. 78701*, within the County of *Travis*, State of Texas, on *November 6*, 2019, at _____, ____M., by delivering to the within named individual (s) *Corporation Service Co. Via Certified Mail, Return Receipt Requested As Per Article # 7019 0140 0000 9180 8745 (Green Card Attached)* each , in person, a true copy of this citation, together with an accompanying copy of plaintiff's original petition, having first endorsed on the citation the date of delivery.

My fees for service of process are as follows:

| | |
|---|---|
| For serving Citation | $ _____ |
| Other_____ | $ _____ |
| Total Fees | $ _____ |

To certify which witness my hand.

*Authorized Person*, Sheriff/Constable

County of _____, State of Texas

By: _____, Deputy

OR

ANTONIO GUARDIOLA .    Certified Process Server
PSC-544                 Identification number
JUNE 30, 2020           Expiration of Certification.

### ¡URAT

My name is ANTONIO GUARDIOLA. my date of birth is 12-02-54, and my address is 8982 FOGGY LF. I declare under penalty of perjury that the foregoing Return of citation is true and correct. Executed in the County of *Travis*. State of Texas, on the *6* day of *November*, 2019.

_____, Declarant

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____ 2019 .to certify which witness my hand and seal of office.

_____
Notary Public/Court Clerk

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CORPORATION Service Co.
201 E. 7C STREET STE. 620
Austin, TEXAS, 78701

9590 9402 5172 9122 2812 73

2. Article Number *(Transfer from service label)*

7019 0140 0000 7180 8745

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jill Nichols_  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery 11-6-19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ____ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



**USPS TRACKING #**

9590 9402 5172 9122 2812 73

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

ANTONIO GUARDIOLA
8982 FOGGY Lp.
LAREDO, TX. 78045

CAUSE NO. 2019CVI002151D4

| | | |
|---|---|---|
| JESHER FLORES, | § | IN THE DISTRICT COURT |
|     Plaintiff | § | |
| | § | |
| v. | § | 406TH JUDICIAL DISTRICT |
| | § | |
| AMERICAN FAMILY LIFE ASSURANCE | § | |
| COMPANY OF COLUMBUS d/b/a | § | |
| AFLAC and MARIA RUIZ | § | |
|     Defendants. | § | WEBB COUNTY, TEXAS |

**DEFENDANT AMERICAN FAMILY LIFE ASSURANCE COMPANY
OF COLUMBUS D/B/A AFLAC'S FIRST AMENDED ORIGINAL ANSWER**

Defendant American Family Life Assurance Company of Columbus d/b/a Aflac files its

First Amended Original Answer to Plaintiff Jesher Flores's Original Petition. In support thereof,

Defendant states the following:

**I.
GENERAL DENIAL**

Defendant generally denies the allegations set forth in Plaintiff's Original Petition, and in

any amendments thereof and supplements thereto, and demands strict proof of all claims alleged

therein, pursuant to Texas Rule of Civil Procedure 92.

**II.
SPECIFIC DENIALS AND AFFIRMATIVE DEFENSES**

1.    Defendant specifically denies that Plaintiff has satisfied all conditions precedent.

2.    No act or omission by Defendant was a proximate or producing cause of Plaintiff's

alleged damages.

3.    Plaintiff's extra-contractual claims should be bifurcated and tried after the

underlying breach of contract claim is determined. Texas law is clear that where there is no

coverage or no breach of contract, there can be no extra-contractual claim. Insurance coverage

claims and bad faith claims are by their very nature independent. Plaintiff's extra-contractual

656728.1

claims should be abated from his breach of contract action because they are separate and independent and are not so interwoven as to involve the same facts and issues. The causes of action are substantially different and distinct, one involving coverage, the other sounding in tort. The elements of damages are different. The instructions and questions submitted to the jury are different. Evidence of net worth is not admissible in a breach of contract case. A finding of no coverage or no breach of contract would summarily dispose of the extra-contractual causes of action because under Texas law, absent some independent tort, there can be no bad faith where there is no coverage.

4.      The facts, circumstances, and alleged damages about which Plaintiff complains were caused by Plaintiff's contributory negligence or other culpable conduct.

5.      Plaintiff failed to reasonably avoid or mitigate his alleged damages.

6.      Defendant denies all breach of contract claims and asserts it did not breach any contract.

7.      Defendant denies all extra-contractual claims.

8.      Defendant did not breach any alleged duty of good faith and fair dealing. Defendant did not violate the Texas Deceptive Trade Practices Act, the Texas Insurance Code, the Texas Business and Commerce Act, or any other stature.

9.      Defendant denies all allegations of negligence and negligence misrepresentation and assert no such actions occurred.

10.      Defendant denies all allegations of damages and asserts that Plaintiff is not entitled to recover any damages including, but not limited to, actual, statutory, exemplary, economic, non-economic, and attorney's fees against Defendant.

656728.1

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by this suit and that Defendant recovers its costs of court from Plaintiff. Defendant further prays for all other relief to which it is entitled, at law or in equity.

Respectfully submitted,

*/s/ Christopher A. Wright*
Nathan A. Ketterling
State Bar No. 24041239
nketterling@rpsalaw.com
Christopher A. Wright
State Bar No. 24082114
cwright@rpsalaw.com
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP
755 E. Mulberry Ave., Suite 200
San Antonio, Texas 78212
Telephone: (210) 225-5000
Facsimile: (210) 354-4034

**ATTORNEYS FOR DEFENDANT
AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF
COLUMBUS D/B/A AFLAC**

656728.1

## CERTIFICATE OF SERVICE

I certify that the above document was served upon the following on December 3, 2019, in accordance with the Texas Rules of Civil Procedure:

August Toudouze
TOUDOUZE LAW
19210 Huebner Road, Suite 101
San Antonio, Texas 78258
Facsimile: (210) 499-4955
atsalaw@aol.com
mariec5000@yahoo.com

Kent M. Adams
Tracy Freeman
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
Facsimile: (713) 785-7780
kent.adams@wilsonelser.com
tracy.freeman@wilsonelser.com

*/s/ Christopher A. Wright*
Christopher A. Wright

656728.1

**Christopher Wright**

| | |
|---|---|
| **From:** | No-Reply@eFileTexas.gov |
| **Sent:** | Tuesday, December 03, 2019 5:02 PM |
| **To:** | Christopher Wright |
| **Subject:** | Notification of Service for Case: 2019CVI002151D4, JESHER FLORESVS.AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC for filing Answer/Response, Envelope Number: 38944510 |



# Notification of Service

Case Number: 2019CVI002151D4
Case Style: JESHER FLORESVS.AMERICAN
FAMILY LIFE ASSURANCE COMPANY OF
COLUMBUS D/B/A AFLAC
Envelope Number: 38944510

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | 2019CVI002151D4 |
| **Case Style** | JESHER FLORESVS.AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC |
| **Date/Time Submitted** | 12/3/2019 5:01 PM CST |
| **Filing Type** | Answer/Response |
| **Filing Description** | Defendant American Family Life Assurance Company of Columbus D/B/A Aflac's First Amended Original Answer |
| **Filed By** | Elizabeth Carrillo |
| **Service Contacts** | JESHER FLORES:<br><br>August Charles Toudouze (atsalaw@aol.com)<br><br><br>AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC:<br><br>Nathan Ketterling (nketterling@rpsalaw.com)<br><br>Christopher Wright (cwright@rpsalaw.com)<br><br>Lisa Chapa (lchapa@rpsalaw.com)<br><br>Elilzabeth Carrillo (ecarrillo@rpsalaw.com) |

| | Allison Martinez (amartinez@rpsalaw.com) |
| --- | --- |
| | MARIA RUIZ: |
| | Michelle Simon (michelle.simon@wilsonelser.com) |
| | Tracy Freeman (tracy.freeman@wilsonelser.com) |
| | Kent Adams (Kent.Adams@wilsonelser.com) |

| Document Details | |
| --- | --- |
| **Served Document** | Download Document |
| This link is active for 30 days. | |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**EXHIBIT B**

Skip to Main Content   Logout   My Account   Search Menu   New Civil Search   Refine Search   Back       Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 2019CVI002151D4

| | |
|---|---|
| JESHER FLORES VS. AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC   § § § § § | Case Type: **Contract - Other Contract (DC)**<br>Subtype: **Other Contract (DC)**<br>Date Filed: **10/30/2019**<br>Location: **--406th District Court** |

---

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| Defendant | **AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC** | | **NATHAN A KETTERLING**<br>*Retained*<br>2102255000 x2103544034(W) |
| Defendant | **RUIZ, MARIA** | | **KENT M. ADAMS**<br>*Retained* |
| Plaintiff | **FLORES, JESHER** | | **AUGUST TOUDOUZE**<br>*Retained*<br>2102717110(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 10/30/2019 | **Civil Case Filed (OCA)** | | |
| 10/30/2019 | **Original Petition** | | |
| | *PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE* | | |
| 10/31/2019 | **Jury Demand** | | |
| | *JURY DEMAND PAID BY AUGUST TOUDOUZE (EA)* | | |
| 10/31/2019 | **Calendar Call** | | |
| | *CALENDAR CALL FAXED TO ATTORNEY (EA)* | | |
| 10/31/2019 | **Citation-Issuance** | | |
| | *FOUR CITATIONS ISSUED-PLACED IN THE PRIVATE SERVER'S BOX (EA)* | | |
| 10/31/2019 | **Citation** | | |
| | AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC | Served | 11/06/2019 |
| | RUIZ, MARIA | Served | 11/05/2019 |
| | | Returned | 11/06/2019 |
| 11/06/2019 | **Citation Return-Executed** | | |
| | *CITATION RETURNED EXECUTED AS TO MARIA RUIZ DATE OF SERVICE 11/05/19* | | |
| 11/13/2019 | **Citation Return-Executed** | | |
| | *CITATION BY CERTIFED MAIL RETURN EXECUTED AS TO AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC (DATE OF SERVICE 11/06/2019)* | | |
| 11/27/2019 | **Answer-Defendant** | | |
| | *DEFENDANT AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS D/B/A AFLAC S ORIGINAL ANSWER* | | |
| 12/02/2019 | **Answer-Defendant** | | |
| | *DEFENDANT'S ORIGINAL ANSWER* | | |
| 01/06/2020 | **Calendar Call**   (2:00 PM) (Judicial Officer Hale, O. J., Jr.) | | |

**EXHBIT C**

## <u>INDEX OF MATTERS BEING FILED</u>

1.      Defendant American Family Life Assurance Company of Columbus d/b/a Aflac's Notice of Removal;

2.      A true and correct copy of all pleadings asserting causes of action, answers to such pleadings, executed process, and orders from the State Court Action;

3.      The docket sheet from the State Court Action; and

4.      A list of all counsel of record, including, addresses, telephone numbers, and parties represented.

**EXHIBIT D**

## LIST OF ALL COUNSEL OF RECORD

**Counsel for Plaintiff Jesher Flores:**
August Toudouze
TOUDOUZE LAW
19210 Huebner Road, Suite 101
San Antonio, Texas 78258
Telephone: (210) 271-7110
Facsimile: (210) 499-4955

**Counsel for Defendant American Family Life Assurance Company of Columbus d/b/a Aflac:**
Nathan A. Ketterling
Christopher A. Wright
Steven K. Lecholop II
ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP
755 East Mulberry Avenue, Suite 200
San Antonio, Texas 78212
Telephone: (210) 225-5000
Facsimile: (210) 354-4034

**Counsel for Defendant Maria Ruiz:**
Kent M. Adams
Tracy Freeman
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780

656870.1